523 A.2d 294

Wayne SILVERMAN and Nadine Silverman, Ind. and as Husband and Wife, and Nadine Silverman, Administratrix of the Estate of Baby Boy Silverman, Deceased, Petitioners,

v.

Stanley S. CHAPLIN, M.D. and Lankenau Hospital, Respondents.

Supreme Court of Pennsylvania.

March 3, 1987.

## ORDER OF COURT

PER CURIAM.

AND NOW, to-wit, this 3rd day of March, 1987, the Petition for Allowance of Appeal is GRANTED.

In view of this Court's Opinion in *Amadio v. Levin*, 509 Pa. 199, 501 A.2d 1085 (1985), the order of Superior Court, 330 Pa.Super. 609, 478 A.2d 130, in this matter is hereby VACATED, and this matter is hereby REMANDED to the Court of Common Pleas of Philadelphia County. The Court of Common Pleas of Philadelphia County is hereby directed to reinstate the third count of Petitioner's complaint, and to conduct further proceedings not inconsistent with *Amadio v. Levin, supra.*

NIX, C.J., and FLAHERTY and HUTCHINSON, JJ., note their dissents.